# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

KAYLYN JOHNSON,

    Plaintiff,

v.                                   CASE NO. 7:21-cv-00001-WLS

T C METZNER d/b/a MCDONALD'S,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice (Stipulation) (Doc. 12). This Court, having reviewed the applicable Stipulation, and being otherwise fully advised of the premises, therefore orders:

1. This case is DISMISSED with prejudice.

2. Each party shall bear its own fees and costs.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the settlement and to address other matters as may be necessary.

SO ORDERED, this 26th day of July, 2021.

                                                          W. Louis Sands

                                              W. LOUIS SANDS, SR., JUDGE
                                              UNITED STATES DISTRICT COURT