IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KAYLYN JOHNSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-1(WLS) |
| | * |
| TC METZNER d/b/a MCDONALD'S, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 26, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of July, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk